**No. 61033.**—Arkwright Accessories, Inc., and V. T. Mancusi et al. *v.* United States, protests 281603–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 61034.**—Adorence Co. *v.* United States, protest 286124–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61035.**—H. Rosenhirsch Co., Inc. *v.* United States, protests 252068–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

**No. 61036.**— R. J. Saunders & Co., Inc. *v.* United States, protest 273106–K (New York).